IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**BETTY BELUE,**

**Plaintiff,**

**v.**

**MERCK & CO. INC.,**

**Defendant.**                                                               **No. 05-CV-0568-DRH**

### ORDER

**HERNDON, District Judge:**

      Pending before the Court is Merck's August 10, 2005 motion to stay all proceedings (Doc. 4). Specifically, Merck moves the Court to stay this action pending its likely transfer to ***In re Vioxx Products Liab. Litig.*, (MDL) No. 1657**. As of this date, Plaintiff has not responded to the motion. Pursuant to **LOCAL RULE 7.1(g)**, the Court considers this failure an admission of the merits of the motion.[1] Thus, the Court **GRANTS** Merck's motion to stay (Doc. 4). The Court **STAYS** this matter pending its transfer to the MDL.

      **IT IS SO ORDERED.**

      Signed this 25th day of August, 2005.

      /s/   David RHerndon
      **United States District Judge**

---

[1] "A party opposing such a motion shall have **ten (10) days** after service of the motion to file a written response. Failure to file a timely response to a motion may, in the court's discretion, be considered an admission of the merits of the motion." **LOCAL RULE 7.1(g)**.